

# CHRIS DANIEL

01-15-00601-CR

HARRIS COUNTY DISTRICT CLERK

July 2, 2015

JED SILVERMAN
ATTORNEY OF RECORD
1221 STUDEWOOD ST. #200
HOUSTON, TX 77008

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/9/2015 4:04:59 PM

CHRISTOPHER A. PRINE
Clerk

Defendant's Name: ROBERTO MORALES-AGUIRRE

Cause No: 1660822

Court: COUNTY CRIMINAL COURT AT LAW #11

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6/22/15
**Sentence Imposed Date:** 5/12/10
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:** JED SILVERMAN
Motion for New Trial  6/22/15

Sincerely,

L. CHARLES
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

NO. 1660822

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COUNTY COURT AT** |
| | § | |
| **vs.** | § | **LAW NUMBER 11** |
| | § | |
| **ROBERTO MORALES-AGUIRRE** | § | **HARRIS COUNTY, TEXAS** |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Roberto Morales- Aguirre, Defendant in the above styled and numbered cause and gives this written notice of appeal to the Court of Appeals of the State of Texas.

I

The verdict is contrary to the law and evidence in this case. The plea was involuntary.

Respectfully submitted,

/S/
Roberto Morales- Aguirre
Jed Silverman
Attorney at Law

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TX
2015 JUN 22 PM 12: 22
6-22-15
BY_____
CRIMINAL CUSTOMER SERVICE

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# CERTIFICATE OF SERVICE

This is to certify that on June 22, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office of Harris County and Assistant District Attorney, Harris County, by hand delivery.

Jed Silverman

Cause No. 1660822

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| V. | § | COURT AT LAW NO. 11 |
| | § | |
| Roberto Morales-Aguirre | § | HARRIS COUNTY, TEXAS |

## Trial Court's Certification of Defendant's Right of Appeal

I, Judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____    5-12-10
Judge Presiding                              Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

R. morales                          Arnold R. Lopez
Defendant                                 Defendant's Counsel

                                          1602 Chapman, Hou, Tx
_____          _____
Mailing address:                           Mailing address:

                                          (7)478-5565
_____          _____
Telephone number:                          Telephone number:

_____          _____
Fax number (if any):                       Fax number (if any):

                                          24011658
                                          State Bar of Texas ID Number

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 11/1/07

**ORIGINAL**

# APPEAL CARD

1st

7-11-10

Court 11

Cause No. 166-0822

### The State of Texas
### Vs

Roberto Morales-Aguirre

5/12/10

**Date Notice Of Appeal:** 6-22-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Diane Bull

**Court Reporter**_____

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** Amdel Lopez

**Attorney on Appeal** Joel Silverman

Appointed_____ Hired ✓

**Offense** DWT 2nd

**Jury Trial** Yes_____ No ✓

**Punishment Assessed** 75 days HCJ

**Companion Cases (If Known)**_____

**Amount of Appeal Bond**_____

**Appellant Confined:** Yes XX No____

**Date Submitted To Appeal Section** 6/25/15

**Deputy Clerk** R. Steen